**OFFICE OF
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
401 COURTHOUSE SQUARE
ALEXANDRIA, VIRGINIA 22314-5798**

OFFICIAL BUSINESS

NO VA
VA 220
19 NOV '21
PM 7 L

Hasler
11/19/2021
US POSTAGE
FIRST-CLASS MAIL
$00.53⁰



ZIP 22314
011D11648117

## U.S. MARSHALS

*RETURNED TO SENDER*

___ INCOMPLETE NAME/NUMBER
___ NO LONGER AT THIS ADDRESS
___ PACKAGE NOT AUTHORIZED
✔ ADDRESSEE UNKNOWN
___ INMATE TO INMATE NOT AUTHORIZED   ANK
                                      22314>5798

NIXIE        751    DC 1           0011/28/21
             RETURN TO SENDER
         ATTEMPTED - NOT KNOWN
           UNABLE TO FORWARD

BC: 22314579899      *0557-03459-28-39



Robert Sterling Dorsey
Federal Transfer Center
PO Box 898801
Oklahoma City, OK 73189-8801

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| ROBERT STERLING DORSEY, | )   1:99-cr-254 (LMB) |
| | ) |
| Defendant. | ) |
| | ) |

## ORDER

Before the Court are several motions by Robert Sterling Dorsey ("defendant" or "Dorsey") seeking his early release from prison and other relief [Dkt. Nos. 143, 146]. Because defendant is no longer serving any sentence imposed by the undersigned judge, defendant must file any requests for relief only in case number 1:11-cr-492.

On October 14, 2011, the undersigned judge sentenced defendant to one year of imprisonment for a violation of his terms of supervised release. On January 20, 2012, he was sentenced to a term of 150 months with credit for time served in a separate case, number 1:11-cr-492. Unsure as to how defendant's current prison sentence had been calculated, on June 7, 2020 counsel for defendant filed identical motions for compassionate release, in this case and in case number 1:11-cr-492.

Because the sentence in this case has been fully served, any motion for compassionate release must be filed in case number 1:11-cr-492. For this reason, it is hereby

ORDERED that all pending motions in this case [Dkt. Nos. 143, 146] be and are DENIED; and it is further

ORDERED that Dorsey make all future filings only in case number 1:11-cr-492.

The Clerk is directed to forward copies of this Order to counsel of record, and to defendant, pro se.

Entered this _18th_ day of November, 2021.

Alexandria, Virginia

/s/

Leonie M. Brinkema
United States District Judge

2